DAVE YONKEY v. STATE.

No. A-4236.    Opinion Filed Aug. 31, 1923.
(217 Pac. 1119.)

Appeal from County Court, Garfield County; E. L. Swigert, Judge.

Dave Yonkey was convicted of the unlawful possession of intoxicating liquor, and he appeals. Affirmed.

H. J. Sturgis, for plaintiff in error.

George F. Short, Atty. Gen., and John Barry, Asst. Atty. Gen., for the State.

PER CURIAM. Appeal from the county court of Garfield county. Conviction of unlawful possession of intoxicating liquor with punishment assessed at a fine of $500, and imprisonment in the county jail for a period of 180 days. Judgment rendered November 9, 1921. Appeal filed March 6, 1922. Submitted May 22, 1923. Sole contention is that evidence is insufficient to support the verdict and judgment. Evidence examined and held sufficient. Judgment affirmed.